**SUE MURPHY**
**AUSTIN COUNTY DISTRICT CLERK**
**ONE EAST MAIN**
**BELLVILLE, TEXAS 77418**
*(979) 865-5911*

HON. JEFF R. STEINHAUSER
JUDGE, 155TH JUDICIAL DISTRICT
151 NORTH WASHINGTON
LA GRANGE, TEXAS 78945
(979) 968-8500
*http://www.155discttx.com*



HON. DANIEL W. LEEDY
JUDGE, COUNTY COURT AT LAW
ONE EAST MAIN
BELLVILLE, TEXAS 77418
(979) 865-2015
*www.austincounty.com*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 3:19:27 PM
CHRISTOPHER A. PRINE
Clerk

NOVEMBER 10, 2015

MR. CHRISTOPHER A. PRINE
CLERK, 14TH COURT OF APPEALS
301 FANNIN, ROOM 245
HOUSTON TX 77002

APPELLATE CASE #14-15-00932-CV

TRIAL COURT CASE NO. 2013L-5811
IN THE INTEREST OF
D. J. H.,
A CHILD

DEAR MR. PRINE:

IT IS MY UNDERSTANDING THAT THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES WILL BE WITHDRAWING THEIR APPEAL FOR THE ABOVE NUMBERED AND ENTITLED CAUSE. THEREFORE, I WILL NOT BE FILING A CLERK'S RECORD IN THIS MATTER.

THANK YOU FOR YOUR ATTENTION.

SINCERELY YOURS,

SUE MURPHY, DISTRICT CLERK

BY: _____ DEPUTY

CC:     MS. BRENDA HOWARD-KOROMA
        ATTORNEY AT LAW
        5425 POLK ST, STE 16D
        HOUSTON TX 77023

        MS. RACHEL LEAL-HUDSON
        ATTORNEY AT LAW
        9002 CHIMNEY ROCK, STE G #232
        HOUSTON TX 77096

        MR. RICHARD SENASAC
        ATTORNEY AT LAW
        918 AUSTIN ST
        HEMPSTEAD TX 77445

        MR. MICHAEL R. CASARETTO
        ATTORNEY AT LAW
        102 E ALAMO ST, STE 203
        BRENHAM TX 77833